UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60145-MORENO

LIONAL DALTON,

    Plaintiff,

vs.

GERALDINE E. LANGLOIS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LIONAL DALTON, hereby dismisses this matter against Defendant, GERALDINE E. LANGLOIS, with prejudice, as the parties have amicably settled this matter.

## CERTIFICATE OF SERVICE

I certify that on March 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Facsimile (954) 962-1779

/s/ *Mark D. Cohen*
Mark D. Cohen, Esquire
Email: Mark@markdcohenpa.com
Florida Bar No.: 347345